# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**In the matter of:** :

**United States of America** : Case No.: 2:25-mj-377
    **v.** :
**James Bradley Strahler II** :
**2201 Riverside Drive, Apartment 221** : Magistrate Judge: Vascura
**Columbus, Ohio 43221** :

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

Now comes the United States of America, by Emily Czerniejewski, Assistant United States Attorney for the Southern District of Ohio, and respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint, and arrest warrant in the above-entitled case be sealed as the defendant, James Bradley Strahler II t is currently unaware of the federal investigation and prosecution of him.

WHEREFORE, the government respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint in this case be sealed.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*Emily Czerniejewski*

_____
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 406-3572
Emily.Czerniejewski@usdoj.gov