**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No: 2:25-mj-377** |
| | : | |
| **v.** | : | |
| | : | |
| **James Bradley Strahler II** | : | **MAGISTRATE JUDGE VASCURA** |

**MOTION TO PERMANENTLY SEAL AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND FILE REDACTED VERSION**

The United States respectfully requests that the affidavit in support of the criminal complaint issued in the above-captioned case be sealed, and that the attached redacted affidavit be placed in the publicly available file in place of the previously filed unredacted affidavit.

This case involves an investigation into the creation of adult and child pornography by defendant James Strahler. The defendant then further distributed out the images and videos he created of the various victims he objectified in the pornography he created. The affidavit in support of the criminal complaint issued in this matter reveals the identities of numerous victims in this case including that of Strahlers own minor child. While such information was necessary to establish probable cause in support of the criminal complaint and related arrest warrant, public disclosure of the information contained in the affidavit is likely to cause undue harassment, embarrassment and mental anguish to the minor and adult victims and their family. Pursuant to 18 U.S.C. § 3509(d), the government and the Court are obligated to keep information concerning a child secure and confidential.

Wherefore, for all of the foregoing reasons, the government requests that the affidavit in support of the criminal complaint that was previously filed in this case be sealed, and that the attached redacted version of the complaint affidavit be filed publicly.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

_____
EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 406-3572
Emily.Czerniejewski@usdoj.gov